## BADILLA v. BADILLA

No. 500P90

Case below: 99 N.C.App. 582

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 8 November 1990.

## BALLOU ENTERPRISES, INC. v. SOUTHERN RAILWAY CO.

No. 470P90

Case below: 100 N.C.App. 190

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

## BURGESS v. VESTAL

No. 409P90

Case below: 99 N.C.App. 545

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990. Motion by N. C. Academy of Trial Lawyers for leave to file amicus curiae brief in support of petition for discretionary review dismissed as moot 5 December 1990.

## CHAMPS CONVENIENCE STORES v. UNITED CHEMICAL CO.

No. 350A90

Case below: 99 N.C.App. 275

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 8 November 1990.

## CHICOPEE, INC. v. SIMS METAL WORKS

No. 260PA90

Case below: 98 N.C.App. 423; 327 N.C. 426

Motion by defendant (Insurance) for reconsideration of petition for discretionary review denied 25 September 1990.